\*\*E-Filed 4/26/2011\*\*

1  GEORGE VELASTEGUI (California Bar No. 107847)
2  VALERIE HARDY-MAHONEY
3  AMY BERBOWER (California Bar No. 197533)
   National Labor Relations Board
4  1301 Clay Street, Suite 300N
   Oakland, California 94612-5211
5  Telephone: (510) 637-3321

6  Attorneys for Petitioner

ORIGINAL FILED
APR [21] 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RECEIVED
APR 21 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. BAUDLER, Regional Director of the Thirty-Second Region of the National Labor Relations Board, for and on behalf of the National Labor Relations Board,<br><br>Petitioner,<br><br>v.<br><br>OS TRANSPORT LLC and HCA MANAGEMENT, INC.<br><br>Respondent | C11-01943 HRL<br><br>ORDER TO SHOW CAUSE [PROPOSED]<br><br>Hearing Date:<br>Hearing Time: |

The petition of William A. Baudler, Regional Director of the Thirty-Second Region of the National Labor Relations Board, having been filed pursuant to Section 10(j) of the National Labor Relations Act, as amended [29 U.S.C. Sec. 160 (j)], praying for issuance of an order directing Respondent, OS Transport LLC and HCA Management, Inc., to show cause why an injunction should not issue enjoining and restraining said Respondent from engaging in certain acts and conduct in violation of said Act, pending the final disposition of the matter here involved now pending before said Board, and good cause appearing therefore,

**IT IS ORDERED** that OS Transport LLC and HCA Management, Inc. appear before this Court at the United States Court House in Oakland, California, on the __6th__ day of __May__, 2011 at __9:00__ a.m./p.m., or as soon thereafter as counsel can be heard, and then and there show cause, if any there be, why, pending the final disposition of the matter here involved before the National Labor Relations Board, Respondent, its officers, representatives, agents, servants, employees, and all persons acting in concert or participation with it, should not be enjoined and restrained as prayed in said petition; and

**IT IS FURTHER ORDERED** that Respondent file an Answer to the allegations of said petition, with the Clerk of this Court, on or before the __2nd__ day of __May__, 2011, and serve and deliver copies therefore upon Petitioner by that date, and that Petitioner may file and serve rebuttal affidavits and authorities on or before the __4th__ day of __May__, 2011, and that no oral testimony will be heard unless otherwise ordered by the Court; and

**IT IS FURTHER ORDERED** that service of copies of this order, together with a copy of the petition and exhibits upon which it is issued, be made forthwith in any manner provided in the Federal Rules of Civil Procedure, and that proof of such service be filed herein.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

__4/26/2011__
DATED