*E-Filed 12/7/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

WILLIAM A. BAUDLER,

      Petitioner,

  v.

OS TRANSPORT LLC, et al.

      Respondents.

No. C 11-1943 RS

**ORDER VACATING CASE MANAGEMENT CONFERENCE AND DIRECTING FILE TO BE CLOSED**

This proceeding was initiated as a petition for a temporary injunction under section 10(j) of the National Labor Relations Act, 29 U.S.C.§ 160(j), pending final disposition of an underlying administrative proceeding before the National Labor Relations Board. The petition was granted, and injunctive relief ordered, on May 6, 2011, by the then-presiding judge.  Respondents have filed an affidavit of compliance as required by the May 6, 2011 order, to which no challenge has been raised. By its own terms, the injunction will expire upon final disposition of the underlying administrative proceeding.  At this juncture, it does not appear that further court proceedings will be necessary, absent some change in circumstances.  Accordingly, the Case Management Conference set for December 8, 2011 is vacated, and the Clerk is directed to close the file.  Nothing in this order relieves respondents from complying with any and all ongoing obligations of the May 6, 2011 order, and any party may seek to reopen this matter should circumstances warrant doing so.

IT IS SO ORDERED.

Dated: 12/7/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE